IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE WILL COUNTY LOCAL 174 CARPENTERS PENSION TRUST FUND and WILL COUNTY LOCAL 174 WELFARE FUND, <br><br> Plaintiffs, <br><br> v. <br><br> KIMBERLY ANN KURTZ, d/b/a W.C. LANGELAND & CO., INC., and d/b/a LANGLAND CONSTRUCTION CORPORATION, <br><br> Defendants. | ) ) ) ) ) ) No. 12 C 7848 ) ) ) Judge Coleman ) ) Magistrate Judge Martin ) ) ) ) ) ) |

## MOTION FOR JUDGMENT IN SUM CERTAIN

Plaintiffs, by and through their attorneys, DONALD D. SCHWARTZ, PAUL M. EGAN, and ARNOLD AND KADJAN, move this Court to enter an order of default and judgment in sum certain against Defendant KIMBERLY ANN KURTZ, D/B/A W.C. LANGELAND & CO., INC., AND D/B/A LANGLAND CONSTRUCTION CORPORATION, in favor of Plaintiffs. In support thereof, Plaintiffs state:

1. This case was filed on October 1, 2012.

2. Defendants KIMBERLY ANN KURTZ, D/B/A W.C. LANGELAND & CO., INC., AND D/B/A LANGLAND CONSTRUCTION CORPORATION was served on October 19, 2012.

3. This Court entered an Order of default on February 21, 2013.

4. Defendant KIMBERLY ANN KURTZ, d/b/a W.C. LANGELAND & CO., INC., and d/b/a LANGLAND CONSTRUCTION CORPORATION has not appeared or filed a responsive pleading.

5. Defendant KIMBERLY ANN KURTZ, d/b/a W.C. LANGELAND & CO., INC.,

and d/b/a LANGLAND CONSTRUCTION CORPORATION'S books and records have been audited for the period April 1, 2006 through December 31, 2012 to determine compliance with its fringe benefits contribution obligations.

6. Plaintiffs' auditor determined that Defendant KIMBERLY ANN KURTZ, D/B/A W.C. LANGELAND & CO., INC., AND D/B/A LANGLAND CONSTRUCTION CORPORATION owes Plaintiffs $35,244.60 to the Funds in unpaid contributions, $17,975.45 in liquidated damages based on the benefits owed, $1,425.00 in audit costs for a total of $40,194.06. (*See* Affidavit of Richard Wolf, attached hereto as Exhibit "A".)

7. Further, Plaintiffs have expended $13,947.75 in attorney's fees and costs in pursuing this action. (See Affidavit of Paul M. Egan, attached hereto as Exhibit "B".)

8. Plaintiffs, therefore, request a judgment in sum certain against Defendant KIMBERLY ANN KURTZ, d/b/a W.C. LANGELAND & CO., INC., and d/b/a LANGLAND CONSTRUCTION CORPORATION

**WHEREFORE**, Plaintiffs pray for:

1. The entry of judgment against Defendant KIMBERLY ANN KURTZ, d/b/a W.C. LANGELAND & CO., INC., and d/b/a LANGLAND CONSTRUCTION CORPORATION and in favor of plaintiffs, in the sum of $54,141.81.

2. This Court to retain jurisdiction to enforce the judgment.

          Respectfully submitted,

          **TRUSTEES OF THE WILL COUNTY
          LOCAL 174 CARPENTERS, et al.**

          By: s/Paul M. Egan
          One of their Attorneys

Donald D. Schwartz
Paul M. Egan
**ARNOLD AND KADJAN**
203 N. LaSalle St. Ste. 1650
Chicago, Illinois 60601
(312) 236-0415